UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES R. DAVIS, II, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-390 AGF |
| ) | |
| AL LUEBBERS, ) | |
| ) | |
| Respondent. ) | |

**ORDER AND MEMORANDUM**

This matter is before the Court upon the application of James R. Davis, II for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**The Petition**

Petitioner, a Missouri state prisoner incarcerated at the Farmington Correctional Center ("FCC"), seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for a conviction that arose in Boone County, Missouri. The FCC is located in St. Francois County, Missouri, which is in the Eastern District of Missouri. 28 U.S.C. § 105(a)(1). Boone County is located in the Western District of Missouri. 28 U.S.C. § 105(b)(4).

**Discussion**

Pursuant to 28 U.S.C. § 2241(d), the Eastern District of Missouri and the Western District of Missouri have concurrent jurisdiction to entertain the petition. Where two district courts have concurrent jurisdiction over a petition for a writ of habeas corpus, the district in which the petition is originally filed may, in the exercise of its discretion and in furtherance of justice, transfer the petition to the other district court for hearing and determination. 28 U.S.C. § 2241(d). Furthermore, on January 27, 1986, this Court entered an order stating that, absent unusual

circumstances, any habeas corpus petition challenging a conviction or sentence arising out of a proceeding in the Western District of Missouri shall be transferred to that district pursuant to 28 U.S.C. § 2241(d). See In re: Business of the Court, January 27, 1986.

Because the conviction arose in the Western District of Missouri, the Court believes that the interest of justice would be better served if the petition were transferred to the United States District Court for the Western District of Missouri.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk shall not issue process or cause process to be issued upon the said petition, because the petition is to be transferred.

An appropriate order of transfer shall accompany this memorandum and order.

Dated this  8th  day of March, 2007.


                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE